```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                              B-05-2
```

UNITED STATES OF AMERICA      : CASE NO.
                              :
                              : VIOLATIONS:  18 U.S.C. § 2422(b)
                              : (Use of Interstate Facility to
         v.                   : Persuade a Minor To Engage in
                              : Sexual Activity);
                              : 18 U.S.C. § 2423(b) (Interstate
                              : Travel to Engage in Illicit
STEPHEN M. LETAVEC             : Sexual Conduct)


I N D I C T M E N T

The Grand Jury charges that:

**COUNT ONE**

Between on or about March 2005 and January 2006, in the District of Connecticut and elsewhere, **STEPHEN M. LETAVEC**, **a/k/a "BIKER IN BLACK,"** the defendant herein, did use facilities and means of interstate commerce, that is, an interactive computer service and a telephone, to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce, an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, namely Sexual Assault in the Second Degree, in violation of Connecticut General Statutes Section 53a-71(a)(1), and Risk of Injury to a Minor, in violation of Connecticut General Statutes Section 53-21(a)(2).

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about August 13, 2005, **STEPHEN M. LETAVEC**, **a/k/a "BIKER IN BLACK,"** the defendant herein, did knowingly travel in interstate commerce, that is, from the State of Pennsylvania to the State of Connecticut, for the purpose of engaging and attempting to engage in illicit sexual conduct, namely, a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under eighteen years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

### COUNT THREE

On or about October 13, 2005, **STEPHEN M. LETAVEC**, **a/k/a "BIKER IN BLACK,"** the defendant herein, did knowingly travel in interstate commerce, that is, from the State of Pennsylvania to the State of Connecticut, for the purpose of engaging and attempting to engage in illicit sexual conduct, namely, a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under eighteen years of age, and said sexual act

would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR

On or about January 13, 2006, **STEPHEN M. LETAVEC, a/k/a "BIKER IN BLACK,"** the defendant herein, did knowingly travel in interstate commerce, that is, from the State of Pennsylvania to the State of Connecticut, for the purpose of engaging and attempting to engage in illicit sexual conduct, namely, a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under eighteen years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

_____FOREPERSON

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY

_____
ALEX V. HERNANDEZ
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY